UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | File No. 1:12-cr-00011-jgm-1 |
| : | |
| JEWEL D. HURT : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed September 14, 2016.  (Doc. 78.)  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).  Jewel D. Hurt's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 72) is DENIED.  Because his motion is without merit, his request for appoointment of counsel is DENIED.

Pursuant to Fed. R. App. P. 22(b), the Court DENIES petitioner a certificate of appealability ("COA") because the petitioner failed to make a substantial showing of a denial of a constitutional right.  See 28 U.S.C. § 2253(c)(2).  The Court rejects the petition on its merits because Hurt has failed to demonstrate that reasonable jurists would find the Court's "assessment of the constitutional claims debatable or wrong." See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous.  See 28 U.S.C. § 1915(a).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 11th day of October, 2016.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge